UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAFETY INSURANCE COMPANY,     )<br>    )<br>Plaintiff,     )<br>    )<br>v.     )<br>    )<br>UNITED STATES OF AMERICA,     )<br>    )<br>Defendant .     ) | C.A. No. 04cv11647REK |

**MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND**

    The United States respectfully requests an extension of time until November 30, 2004, to answer or otherwise respond to the plaintiff's Complaint. Plaintiff, an insurance company, asserts damages against the United States resulting from the Plaintiff's payment of an insured's claim of loss due to motor vehicle tort purportedly caused by the United States. Investigation of the claims raised in the Complaint therefore requires the assembly and review of records and consultation with members of the agency purportedly involved. Accordingly, in order to provide the Court with an informed response to Plaintiff's Complaint, this additional time is needed. Plaintiff's counsel has assented to this Motion.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

          /s/ Damian W. Wilmot
By:  Damian W. Wilmot
      Assistant U.S. Attorney
      John Joseph Moakley Federal Courthouse
      One Courthouse Way, Suite 9200
      Boston, MA   02210
      (617) 748-3100

Dated: October 18, 2004

## CERTIFICATION UNDER L.R. 7.1

I, Damian W. Wilmot, Assistant United States Attorney, do hereby state that on October 18, 2004, I spoke with Attorney Tom O'Keefe and he assented to this Motion for Extension of Time.

          /s/ Damian W. Wilmot
        Damian W. Wilmot
        Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I certify that on October 18, 2004, I caused a copy of the foregoing Motion to be served on Plaintiff by first class mail, postage pre-paid to O'Keefe & Gaye, 180 West Central Street, Natick, MA 01760.

          /s/ Damian W. Wilmot
        Damian W. Wilmot
        Assistant U.S. Attorney