UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Safety Insurance Company

       Plaintiff

v.                                                         Civil Action No.04-11647-REK

United States of America

       Defendant

## SETTLEMENT ORDER OF DISMISSAL

KEETON, S.D.J.

The Court having been advised by counsel for the defendant that this action has settled,

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the

right of any party upon good cause shown within sixty (60) days to reopen the action if

settlement is not consummated.

By the Court,

/S/ Karen P. Folan

11/18/04                                               _____
   Date                                                   Karen P. Folan
                                                          Courtroom Clerk