UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAFETY INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | CIVIL ACTION NO. 04-CV-11647-REK |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties to the above entitled action, pursuant to the provisions of Fed. Civ. P. 41(a)(1)(iii), hereby stipulate that said action be dismissed with prejudice and without costs and all rights of appeal waived.

By the Parties,

For the Plaintiff,

SAFETY INSURANCE COMPANY,

By: _____
Thomas O'Keefe
O'Keefe & Gale
180 West Central Street
Natick, MA 01760
(508) 655-0000

For the Defendant,

THE UNITED STATES OF AMERICA,

MICHAEL J. SULLIVAN
UNITED STATES ATTORNEY

By: _____
Damian W. Wilmot
Assistant U.S. Attorney
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3398